IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAWKINS DISTRIBUTING, INC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 16-0107-CG-N ) |
| MCKEE FOODS CORPORATION., et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 16, 2016, is **ADOPTED** as the opinion of this Court. Accordingly, Plaintiffs' Motion to Remand and alternative Motion to Strike Notice of Removal are hereby **DENIED**.

**DONE and ORDERED** this 7th day of September, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE